IN THE SUPREME COURT OF THE STATE OF NEVADA

| IN THE MATTER OF THE RESIGNATION OF MARC J. DEREWETZKY, BAR NO. 6619. | No. 85278 |
| --- | --- |

FILED

SEP 2 6 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

## *ORDER GRANTING PETITION FOR RESIGNATION*

This is a joint petition by the State Bar of Nevada and attorney Marc J. Derewetzky for his resignation from the Nevada bar.

SCR 93(5) provides that Nevada attorneys who are not actively practicing law in this state may resign from the state bar if certain conditions are met. The petition includes statements from state bar staff confirming that no disciplinary, fee dispute arbitration, or client security fund matters are pending against Derewetzky; and that he is current on all membership fee payments and other financial commitments relating to his practice of law in this state. *See* SCR 93(5)(a)(1)-(2).

Bar counsel has recommended that the resignation be approved, and the Board of Governors has approved the application for resignation. *See* SCR 93(5)(a)(2). Derewetzky acknowledges that his resignation is irrevocable and that the state bar retains continuing jurisdiction with respect to matters involving a past member's conduct prior to resignation. *See* SCR 93(5)(c)-(d). Finally, Derewetzky has submitted an affidavit of compliance with SCR 115. *See* SCR 93(5)(e).

SUPREME COURT
OF
NEVADA

(O) 1947A

22-30146

The petition satisfies the requirements of SCR 93(5). Accordingly, we approve attorney Marc J. Derewetzky's resignation. SCR 93(5)(a)(2). The petition is hereby granted.

It is so ORDERED.

_____ C.J.

cc:    Bar Counsel, State Bar of Nevada
Marc J. Derewetzky
Executive Director
Admissions Office, United States Supreme Court